IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM PEZEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 15-cv-3484 |
| FACEBOOK, INC., | ) ) | Hon. James B. Zagel |
| Defendant. | ) ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Facebook, Inc. ("Facebook"), by and through its undersigned counsel, respectfully moves the Court for a 47-day extension of time, to and including June 29, 2015, to respond to plaintiff's Complaint. In support of this motion, Facebook states:

1. Plaintiff Adam Pezen filed this putative class action on April 21, 2015. Dkt. 1.

2. Plaintiff's counsel indicates that on April 22, 2015, plaintiff served Facebook with summons and the Complaint at Facebook's corporate headquarters in Menlo Park, California.

3. Facebook's counsel did not learn of the purported service until May 15, 2015.

4. Plaintiff has moved to relate *Licata v. Facebook, Inc.*, No. 1:15-cv-04022 (N.D. Ill.) (Bucklo, J.) to this case pursuant to Local Rule 40.4, and to re-assign the *Licata* matter to this Court's docket. Dkt. 9. Facebook will not oppose that motion.

5. The parties in this case have agreed to extend Facebook's time to respond to the Complaint until June 29, 2015 so that it corresponds to Facebook's response date in the *Licata*

case,[1] and to allow Facebook to thoroughly research and investigate its potential response to the Complaint and its available defenses.[2]

6. This motion is brought in good faith and not for the purpose of delay, and will not result in prejudice to either party. Facebook has not previously sought an extension of time to respond to the Complaint in this action.

7. As indicated above, prior to the filing of this motion, counsel for Facebook consulted with counsel for plaintiff, who indicated that he consents to the relief sought by this motion.

WHEREFORE, for the foregoing reasons, Facebook respectfully requests that the Court enter an order extending the deadline for Facebook to answer, move to dismiss, or otherwise respond to the Complaint to and including June 29, 2015.

Dated: May 15, 2015

Respectfully submitted,

By: /s/ Vincent Connelly

Vincent Connelly
Michael D. Frisch
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
vconnelly@mayerbrown.com
mfrisch@mayerbrown.com

Lauren R. Goldman
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020

---

[1] Facebook requested a 45-day extension to June 27, 2015 to respond to the complaint in *Licata*. June 27 is a Saturday, making Facebook's response due on June 29, 2015. Fed. R. Civ. P. 6(a)(1)(C).

[2] Facebook specifically preserves its right to contest the Court's personal jurisdiction over Facebook in this matter and does not waive that right by virtue of filing this motion or the appearances of its counsel in this case.

Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 15, 2015, this **Unopposed Motion for Extension of Time to Respond to Complaint** was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing were electronically via that system to all parties of record.

Dated: May 15, 2015

By: /s/ Michael D. Frisch
Michael D. Frisch

*Counsel for Defendant Facebook, Inc.*