UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMESH PATEL,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK INC.,<br>    Defendant. | Case No. 15-cv-03747-JD |
| ADAM PEZEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK INC.,<br>    Defendant. | Case No. 15-cv-03749-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), *Pezen v. Facebook, Inc*., 15-cv-03749-HSG is hereby **REFERRED**, to the Honorable James Donato for consideration of whether the case is related to *Patel v. Facebook, Inc*., 15-cv-03747-JD.

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge